**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | : |
| | : |
| **BRUCE J. CRISCUOLO** | : **CHAPTER 13** |
| | : |
| **Debtor** | : **BKRTCY. NO. 14-16946 REF** |

**NOTICE OF MOTION, RESPONSE DEADLINE**
**AND HEARING DATE**

    Bruce J. Criscuolo, by and through his counsel, Kevin K. Kercher, Esquire, has filed a Motion to Convert Case to a Case Under Chapter 11. Debtor believes he will be better able to deal with the tax and arrearage claims that have troubled his Chapter 13 case.

    **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, If you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

    1.    If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before **September 22, 2016** you or your attorney must do <u>all</u> of the following:

        (a)    file an answer explaining your position at

**Clerk, U.S. Bankruptcy Court**
**Suite 300, The Madison Building**
**400 Washington Street**
**Reading, PA 19601**

    If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

        (b)    mail a copy to the movant's attorney:

**LAW OFFICES OF KEVIN K. KERCHER, ESQUIRE, P.C.**
**Kevin K. Kercher, Esquire**
**881 Third Street, Suite #C-2**
**Whitehall, PA 18052**

    2.    If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

    3.    A hearing on the motion is scheduled to be held before the Honorable Richard E. Fehling on **September 29, 2016, at 9:30 a.m.** in Courtroom #1, 3rd Floor, United States Bankruptcy Court, The Madison, 400 Washington Street, Reading, Pennsylvania, 19601.

    4.    If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

    5.    You may contact the Bankruptcy Clerk's office at (610) 208-5040 to find out whether the hearing has been canceled because no one filed an answer, or whether the hearing has been continued for some other reason.

Date: 9/8/2016                              **Attorney for Movant**

                                           **/s/ Kevin K. Kercher**
**Kevin K. Kercher, Esquire**
**881 Third Street, Suite #C-2**
**Whitehall, PA 18052**
**(610) 264-4120 phone**
**(610) 264-2990 fax**