## UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| BRUCE J. CRISCUOLO | : | CHAPTER 13 |
| | : | |
| Debtor | : | BKRTCY. NO. 14-16946 REF |

### ORDER CONVERTING CASE TO CHAPTER 11, TERMINATING SERVICE OF CHAPTER 13 TRUSTEE, AND ORDERING DISPOSITION OF FUNDS IN HANDS OF CHAPTER 13 TRUSTEE

AND NOW, upon consideration of the Debtor's Motion to Convert Case to a Case Under Chapter 11, and for other relief,

IT IS **ORDERED** that the Motion is **GRANTED**; and this case is converted to a case under Chapter 11; and it is

**FURTHER ORDERED** that, consistent with Section 348(e), the services of the Chapter 13 Trustee are terminated; and it is

**FURTHER ORDERED** that, consistent with *Harris v Veigelahn*, the Chapter 13 Trustee is directed to turn over whatever funds of the Debtor remain in the Chapter 13 Trustee's possession and control, less only applicable commissions, if any, to counsel Kevin K. Kercher, to be held in trust for the Debtor for purposes consistent with applicable bankruptcy law.

Debtor shall pay any applicable additional filing fee relating to the conversion forthwith.

**Date: September 28, 2016**

BY THE COURT:

_____
**RICHARD E. FEHLING**
**UNITED STATES BANKRUPTCY JUDGE**