United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Bruce J. Criscuolo  
    Debtor

Case No. 14-16946-ref  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0313-4    User: Lisa    Page 1 of 2    Date Rcvd: Sep 28, 2016  
                 Form ID: pdf900    Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 30, 2016.
```
db            +Bruce J. Criscuolo,    4960 Curly Horse Drive,    Center Valley, PA 18034-8776
smg           +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                Allentown, PA 18101-1603
smg            City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg           +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg           +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
13556694      +Wells Fargo Bank, N.A.,et al...,    Chase Records Center,    Attn: Correspondence Mail,
                Mail Code LA4-5555,    700 Kansas Lane,    Monroe, LA 71203-4774
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           +E-mail/Text: robertsl2@dnb.com Sep 29 2016 01:38:57      Dun & Bradstreet, INC,
                3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg            E-mail/Text: cio.bncmail@irs.gov Sep 29 2016 01:38:34      Internal Revenue Service,
                P.O. Box 7346,    Philadelphia, PA  19101-7346
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 29 2016 01:38:48
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 29 2016 01:39:02      U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr            +E-mail/Text: bankruptcy@cavps.com Sep 29 2016 01:38:59      Cavalry Portfolio Services, LLC,
                500 Summit Lake Drive Suite 400,    Valhalla, NY 10595-2322
13692107      +E-mail/Text: ally@ebn.phinsolutions.com Sep 29 2016 01:38:29      Ally Financial,
                P.O. Box 130424,    Roseville, MN 55113-0004
13386634       E-mail/Text: ally@ebn.phinsolutions.com Sep 29 2016 01:38:29
                Ally Financial serviced by Ally Servicing LLC,    PO Box 130424,    Roseville, MN 55113-0004
13379108      +E-mail/Text: bankruptcy@cavps.com Sep 29 2016 01:38:59      Cavalry SPV I, LLC,
                500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
13459498       E-mail/PDF: resurgentbknotifications@resurgent.com Sep 29 2016 01:32:49
                LVNV Funding, LLC its successors and assigns as,    assignee of Springleaf Financial,
                Services Of Indiana, Inc.,    Resurgent Capital Services,    PO Box 10587,
                Greenville, SC 29603-0587
13384791       E-mail/PDF: rmscedi@recoverycorp.com Sep 29 2016 01:33:21
                Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                Miami, FL 33131-1605
13384802       E-mail/PDF: gecsedi@recoverycorp.com Sep 29 2016 01:33:20      Synchrony Bank,
                c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                Miami, FL 33131-1605
                                                                                              TOTAL: 11

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             JP MORGAN CHASE BANK NATIONAL ASSOCIATION
cr*           +Ally Financial,    P.O. Box 130424,    Roseville, MN 55113-0004
cr*            Synchrony Bank,    c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                Miami, FL  33131-1605
13447700*     +Department of the Treasury,    Internal Revenue Service,    P O BOX 7346,
                Philadelphia PA 19101-7346
                                                                                   TOTALS: 1, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 30, 2016                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0313-4          User: Lisa                Page 2 of 2              Date Rcvd: Sep 28, 2016
                              Form ID: pdf900           Total Noticed: 17
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 28, 2016 at the address(es) listed below:

        FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
        JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Wells Fargo Bank, National Association bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
        KEVIN K. KERCHER    on behalf of Debtor Bruce J. Criscuolo kevinkk@kercherlaw.com
        LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
        REGINA  COHEN    on behalf of Creditor    Ally Financial rcohen@lavin-law.com, ksweeney@lavin-law.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov

                                                                                                                           TOTAL: 6

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**IN RE:**                              :
                                        :
   **BRUCE J. CRISCUOLO**        :        **CHAPTER 13**
                                        :
        **Debtor**                :        **BKRTCY. NO. 14-16946 REF**

### ORDER CONVERTING CASE TO CHAPTER 11, TERMINATING SERVICE OF CHAPTER 13 TRUSTEE, AND ORDERING DISPOSITION OF FUNDS IN HANDS OF CHAPTER 13 TRUSTEE

AND NOW, upon consideration of the Debtor's Motion to Convert Case to a Case Under Chapter 11, and for other relief,

IT IS **ORDERED** that the Motion is **GRANTED**; and this case is converted to a case under Chapter 11; and it is

**FURTHER ORDERED** that, consistent with Section 348(e), the services of the Chapter 13 Trustee are terminated; and it is

**FURTHER ORDERED** that, consistent with *Harris v Veigelahn*, the Chapter 13 Trustee is directed to turn over whatever funds of the Debtor remain in the Chapter 13 Trustee's possession and control, less only applicable commissions, if any, to counsel Kevin K. Kercher, to be held in trust for the Debtor for purposes consistent with applicable bankruptcy law.

Debtor shall pay any applicable additional filing fee relating to the conversion forthwith.

**Date: September 28, 2016**

BY THE COURT:

_____
**RICHARD E. FEHLING
UNITED STATES BANKRUPTCY JUDGE**