**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | : |
| | : |
| BRUCE J. CRISCUOLO | : CHAPTER 11 |
| | : |
| Debtor | : BKRTCY. NO. 14-16946 REF |

**ORDER SETTING VARIOUS DATES REGARDING DISCLOSURE STATEMENT**

AND NOW, upon consideration of the Motion by the Debtor to Set a Hearing for Consideration of the Debtor's Disclosure Statement and Setting Various Dates, the Debtor having filed a Plan of Reorganization and Disclosure Statement,

IT IS **ORDERED,** and notice is hereby given that:

a.   A hearing shall be held on the matter of the adequacy of the Disclosure Statement filed by the Debtor on **December 15, 2016,** at Courtroom No. 1, The Madison, 400 Washington St., Reading, PA at **11:00** o'clock a.m.; and

b.   Any creditor or interested party may file an objection in writing to the Disclosure Statement with the Clerk, U.S. Bankruptcy Court, at Clerk, The Madison, 400 Washington Street, Reading, PA 19601, not later than **November 30, 2016**, and serve a copy of such written objections on the counsel for the Debtor; and

c.   On or before **November 4, 2016**, the Plan and Disclosure Statement, this Order and the Disclosure Statement and Plan shall be mailed to creditors, equity security holders and other parties in interest, and shall be transmitted to the United States Trustee, as provided in F.B.R.P. 3017(a).

Requests for copies of the Disclosure Statement and Plan or other documents shall be mailed to the Debtor in Possession at Law Office of Kevin K. Kercher, 881 Third St., Ste. C-2, Whitehall, PA 18052.

**BY THE COURT:**

**Date:**

**RICHARD E. FEHLING**
**UNITED STATES BANKRUPTCY JUDGE**