United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Bruce J. Criscuolo
    Debtor

Case No. 14-16946-ref
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0313-4    User: Keith    Page 1 of 2    Date Rcvd: Nov 04, 2016
                Form ID: pdf900    Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 06, 2016.
```
db            +Bruce J. Criscuolo,   4960 Curly Horse Drive,   Center Valley, PA 18034-8776
smg           +Bureau of Audit and Enforcement,   City of Allentown,   435 Hamilton Street,
                Allentown, PA 18101-1603
smg            City Treasurer,   Eighth and Washington Streets,   Reading, PA  19601
smg           +Lehigh County Tax Claim Bureau,   17 South Seventh Street,   Allentown, PA 18101-2401
smg           +Tax Claim Bureau,   633 Court Street,   Second Floor,   Reading, PA 19601-4300
13556694      +Wells Fargo Bank, N.A.,et al...,   Chase Records Center,   Attn: Correspondence Mail,
                Mail Code LA4-5555,   700 Kansas Lane,   Monroe, LA 71203-4774
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           +E-mail/Text: robertsl2@dnb.com Nov 05 2016 01:57:27      Dun & Bradstreet, INC,
                3501 Corporate Pkwy,   P.O. Box 520,   Centre Valley, PA 18034-0520
smg            E-mail/Text: cio.bncmail@irs.gov Nov 05 2016 01:56:43      Internal Revenue Service,
                P.O. Box 7346,   Philadelphia, PA  19101-7346
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 05 2016 01:57:06
                Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 05 2016 01:57:34      U.S. Attorney Office,
                c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr            +E-mail/Text: bankruptcy@cavps.com Nov 05 2016 01:57:30      Cavalry Portfolio Services, LLC,
                500 Summit Lake Drive Suite 400,   Valhalla, NY 10595-2322
13692107      +E-mail/Text: ally@ebn.phinsolutions.com Nov 05 2016 01:56:39      Ally Financial,
                P.O. Box 130424,   Roseville, MN 55113-0004
13386634       E-mail/Text: ally@ebn.phinsolutions.com Nov 05 2016 01:56:39
                Ally Financial serviced by Ally Servicing LLC,   PO Box 130424,   Roseville, MN 55113-0004
13379108      +E-mail/Text: bankruptcy@cavps.com Nov 05 2016 01:57:30      Cavalry SPV I, LLC,
                500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-1340
13459498       E-mail/PDF: resurgentbknotifications@resurgent.com Nov 05 2016 02:00:02
                LVNV Funding, LLC its successors and assigns as,   assignee of Springleaf Financial,
                Services Of Indiana, Inc.,   Resurgent Capital Services,   PO Box 10587,
                Greenville, SC 29603-0587
13384791       E-mail/PDF: rmscedi@recoverycorp.com Nov 05 2016 02:00:42
                Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
                Miami, FL 33131-1605
13384802       E-mail/PDF: gecsedi@recoverycorp.com Nov 05 2016 02:01:13      Synchrony Bank,
                c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue, Suite 1120,
                Miami, FL 33131-1605
                                                                                              TOTAL: 11
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             JP MORGAN CHASE BANK NATIONAL ASSOCIATION
cr*           +Ally Financial,   P.O. Box 130424,   Roseville, MN 55113-0004
cr*            Synchrony Bank,   c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue, Suite 1120,
                Miami, FL  33131-1605
13447700*     +Department of the Treasury,   Internal Revenue Service,   P O BOX 7346,
                Philadelphia PA 19101-7346
                                                                               TOTALS: 1, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 06, 2016                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0313-4          User: Keith                Page 2 of 2              Date Rcvd: Nov 04, 2016
                              Form ID: pdf900            Total Noticed: 17
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 4, 2016 at the address(es) listed below:

        DAVE P. ADAMS    on behalf of U.S. Trustee    United States Trustee dave.p.adams@usdoj.gov
        JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Wells Fargo Bank, National Association bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
        KEVIN K. KERCHER    on behalf of Debtor Bruce J. Criscuolo kevinkk@kercherlaw.com
        LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
        REGINA COHEN    on behalf of Creditor    Ally Financial rcohen@lavin-law.com, ksweeney@lavin-law.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov

        TOTAL: 6

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| BRUCE J. CRISCUOLO | : | CHAPTER 11 |
| | : | |
| Debtor | : | BKRTCY. NO. 14-16946 REF |

### ORDER SETTING VARIOUS DATES REGARDING DISCLOSURE STATEMENT

AND NOW, upon consideration of the Motion by the Debtor to Set a Hearing for Consideration of the Debtor's Disclosure Statement and Setting Various Dates, the Debtor having filed a Plan of Reorganization and Disclosure Statement,

IT IS **ORDERED**, and notice is hereby given that:

a. A hearing shall be held on the matter of the adequacy of the Disclosure Statement filed by the Debtor on **December 15, 2016,** at Courtroom No. 1, The Madison, 400 Washington St., Reading, PA at **11:00** o'clock a.m.; and

b. Any creditor or interested party may file an objection in writing to the Disclosure Statement with the Clerk, U.S. Bankruptcy Court, at Clerk, The Madison, 400 Washington Street, Reading, PA 19601, not later than **November 30, 2016**, and serve a copy of such written objections on the counsel for the Debtor; and

c. On or before **November 4, 2016**, the Plan and Disclosure Statement, this Order and the Disclosure Statement and Plan shall be mailed to creditors, equity security holders and other parties in interest, and shall be transmitted to the United States Trustee, as provided in F.B.R.P. 3017(a).

Requests for copies of the Disclosure Statement and Plan or other documents shall be mailed to the Debtor in Possession at Law Office of Kevin K. Kercher, 881 Third St., Ste. C-2, Whitehall, PA 18052.

**Date: November 3, 2016**

Date:

BY THE COURT:

*(signature)*

**RICHARD E. FEHLING**
**UNITED STATES BANKRUPTCY JUDGE**