**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| **BRUCE J. CRISCUOLO** | : | CHAPTER 13 |
| | : | |
| Debtor | : | BKRTCY. NO. 14-16946 REF |

## CERTIFICATE OF SERVICE

I, Kevin K. Kercher, Esquire, Attorney for Debtor, Bruce J. Criscuolo, certify that I forwarded a true and correct copy of the Order of November 3, 2016 Scheduling Various Dates, Debtor's Disclosure Statement, and Plan of Reorganization Proposed by the Debtor, via first-class mail, and/or electronic notification where possible, on November 4, 2016 to the following parties:

Bruce J. Criscuolo
4960 Curly Horse Drive
Center Valley, PA 18034
**Debtor**

U.S. Trustee's Office
833 Chestnut Street, Suite #500
Philadelphia, PA 19107

Frederick L. Reigle, Esquire
**Standing Chapter 13 Trustee**
P.O. Box 4010
2901 St. Lawrence Avenue
Reading, PA 19603

Synchrony Bank
c/o Recovery Management Systems Corporation
25 SE 2nd Avenue, Suite #1120
Miami, FL 33131-1605

Joshua I. Goldman, Esquire
Andrew F. Gornall, Esquire
KML Law Group, P.C.
701 Market Street, Suite #5000
Philadelphia, PA 19106-1532
**Attorney for Wells Fargo Bank, N.A.**

Internal Revenue Service
Attn: Julia Carlone
PO Box 7346
Philadelphia, PA 19101-7346

Regina Cohen, Esquire
LAVIN, O'NEIL, CEDRONE & DiSIPIO
190 North Independence Mall West, Suite #500
6th and Race Streets
Philadelphia, PA 19106
**Attorney for Ally Financial**

Cavalry SPV I, LLC
Attn: Eric Weiss
500 Summit Lake Drive, Ste. 400
Valhalla, NY 10595

Resurgent Capital Services
Attn: Susan Gaines
PO Box 10587
Greenville, SC 29603-0587


Date: 12/1/2016

                                    **LAW OFFICES OF**
                                    **KEVIN K. KERCHER, ESQUIRE, P.C.**

                BY:   /s/ Kevin K. Kercher
                        Kevin K. Kercher, Esquire
                        881 Third Street, Suite #C-2
                        Whitehall, PA 18052
                        (610) 264-4120 phone
                        (610) 264-2990 fax
                        **Attorney for Debtor**