**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | : |
| | : |
| BRUCE J. CRISCUOLO | : CHAPTER 13 |
| | : |
| Debtor | : BKRTCY. NO. 14-16946 REF |

### ORDER AUTHORIZING DEBTOR TO PAY INTERNAL REVENUE SERVICE PRIOR TO CONFIRMATION OF PLAN

AND NOW, upon consideration of the Motion of the Debtor for Authority to Pay Internal Revenue Service in Advance of Plan Confirmation, and for other relief, ("the Motion"),

**IT IS HEREBY ORDERED AND DECREED**, that the Motion is **GRANTED**; and it is

**FURTHER ORDERED** that Debtor is authorized to pay IRS a "lump sum" of $15,000 to be applied toward the priority portion of IRS Proof of Claim Number 4-7, filed on October 5, 2016, and Debtor is further authorized to commence regular monthly payments to IRS prior to confirmation of his plan, if the plan is not yet confirmed, beginning with the month following the execution of this Order, said payments to be not less than $1,200 per month, except as adjusted by possible amendments to Debtor's Chapter 11 Plan as necessary, such payments to be applied to Proof of Claim Number 4-7 in reduction of the IRS priority claim.

**BY THE COURT:**

**Date: December 16, 2016**

_____
**RICHARD E. FEHLING**
**UNITED STATES BANKRUPTCY JUDGE**