**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| BRUCE J. CRISCUOLO | : | CHAPTER 13 |
| | : | |
| Debtor | : | BKRTCY. NO. 14-16946 REF |

### CERTIFICATE OF SERVICE

I, Kevin K. Kercher, Esquire, Attorney for Debtor, Bruce J. Criscuolo, certify that I forwarded a true and correct copy of the Order of December 15, 2016 Approving Disclosure Statement and Setting Date for Confirmation and Voting, Debtor's Disclosure Statement, Plan of Reorganization Proposed by the Debtor, and Ballots, via first-class mail, and/or electronic notification where possible, on December 16, 2016 to the following parties:

Bruce J. Criscuolo
4960 Curly Horse Drive
Center Valley, PA 18034
**Debtor**

U.S. Trustee's Office
Attn: Dave P. Adams, Esq.
833 Chestnut Street, Suite #500
Philadelphia, PA 19107

Joshua I. Goldman, Esquire
Andrew F. Gornall, Esquire
KML Law Group, P.C.
701 Market Street, Suite #5000
Philadelphia, PA 19106-1532
**Attorney for Wells Fargo Bank, N.A.**

Internal Revenue Service
Attn: Julia Carlone
PO Box 7346
Philadelphia, PA 19101-7346

Regina Cohen, Esquire
LAVIN, O'NEIL, CEDRONE & DiSIPIO
190 North Independence Mall West, Suite #500
6th and Race Streets
Philadelphia, PA 19106
**Attorney for Ally Financial**

Resurgent Capital Services
Attn: Susan Gaines
PO Box 10587
Greenville, SC 29603-0587

Date: 12/16/2016    **LAW OFFICES OF**
**KEVIN K. KERCHER, ESQUIRE, P.C.**

BY:    /s/ Kevin K. Kercher
Kevin K. Kercher, Esquire
881 Third Street, Suite #C-2
Whitehall, PA 18052
**Attorney for Debtor**