United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                 Case No. 14-16946-ref
Bruce J. Criscuolo                                                     Chapter 11
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4    User: Lisa           Page 1 of 1           Date Rcvd: Dec 15, 2016
                        Form ID: pdf900       Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 17, 2016.
db              +Bruce J. Criscuolo,    4960 Curly Horse Drive,    Center Valley, PA 18034-8776

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              +E-mail/Text: ally@ebn.phinsolutions.com Dec 16 2016 02:10:41      Ally Financial,
                  P.O. Box 130424,    Roseville, MN 55113-0004
cr              +E-mail/Text: bankruptcy@cavps.com Dec 16 2016 02:11:25      Cavalry Portfolio Services, LLC,
                  500 Summit Lake Drive Suite 400,    Valhalla, NY 10595-2322
cr               E-mail/PDF: gecsedi@recoverycorp.com Dec 16 2016 02:12:22      Synchrony Bank,
                  c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                  Miami, FL  33131-1605
                                                                                              TOTAL: 3

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               JP MORGAN CHASE BANK NATIONAL ASSOCIATION
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 17, 2016                                 Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 15, 2016 at the address(es) listed below:
              DAVE P. ADAMS    on behalf of U.S. Trustee    United States Trustee dave.p.adams@usdoj.gov
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Wells Fargo Bank, National Association
               bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
              KEVIN K. KERCHER    on behalf of Debtor Bruce J. Criscuolo kevinkk@kercherlaw.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              REGINA   COHEN    on behalf of Creditor    Ally Financial rcohen@lavin-law.com,
               ksweeney@lavin-law.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 6

```
                    UNITED STATES BANKRUPTCY COURT
                 FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                          :
                                :
    BRUCE J. CRISCUOLO           :    CHAPTER 11
                                :
          Debtor                 :    BKRTCY. NO. 14-16946 REF
```

## ORDER APPROVING DISCLOSURE STATEMENT AND SETTING DATE FOR CONSIDERATION OF CONFIRMATION AND VARIOUS OTHER DATES

AND NOW, upon consideration of Motion by the Debtor for Approval of the Disclosure Statement and to Set Various Dates, the Debtor having filed a Plan of Reorganization and Disclosure Statement,

It having been determined that the Disclosure Statement contains adequate information pursuant to 11 U.S.C. § 1125(f),

IT IS **ORDERED**, and notice is hereby given that:

a.  The Disclosure Statement filed by the Debtor and dated October 27, 2016, is Approved; and

b.  By _December 16, 2016_, the combined Plan and Disclosure Statement, this Order and a ballot conforming to Official Form 314 shall be mailed to creditors, equity security holders and other parties in interest, and shall be transmitted to the United States Trustee, as provided in F.B.R.P. 3017(d); and

c.  A hearing will be held before the Honorable Richard E. Fehling on _January 19_, 2017 at _11:00_ a.m. in Courtroom #1, Third Floor, United States Bankruptcy Court, The Madison, 400 Washington Street, Reading, PA 19601, to consider confirmation of the Plan, and to consider any other matters which may properly

come before the Court at that time, including any amendments to the Plan of Reorganization and Disclosure Statement; and

    d.  The hearing may be adjourned or continued from time to time by announcement made in open court without further written notice to creditors or parties in interest. In addition, written amendments or modifications to the proposed Plan may be considered at said hearing; and

    e.  _January 12, 2017_ is fixed as the last day for filing and serving pursuant to F.R.B.P. 3020(b)(1) written objections to confirmation of the Plan; and

    f.  _January 12, 2017_ is fixed as the last day for filing written acceptances or rejections of the Plan.

BY THE COURT:

Date: 12/15/16

RICHARD E. FEHLING
**UNITED STATES BANKRUPTCY JUDGE**