United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 14-16946-ref
Bruce J. Criscuolo                                                        Chapter 11
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4   User: Lisa           Page 1 of 1              Date Rcvd: Dec 16, 2016
                Form ID: pdf900        Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 18, 2016.
db           +Bruce J. Criscuolo,    4960 Curly Horse Drive,    Center Valley, PA 18034-8776

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr           +E-mail/Text: ally@ebn.phinsolutions.com Dec 17 2016 01:55:15      Ally Financial,
               P.O. Box 130424,    Roseville, MN 55113-0004
cr           +E-mail/Text: bankruptcy@cavps.com Dec 17 2016 01:56:42      Cavalry Portfolio Services, LLC,
               500 Summit Lake Drive Suite 400,    Valhalla, NY 10595-2322
cr            E-mail/PDF: gecsedi@recoverycorp.com Dec 17 2016 01:50:14      Synchrony Bank,
               c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
               Miami, FL  33131-1605
                                                                                                                                                                                                        TOTAL: 3

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            JP MORGAN CHASE BANK NATIONAL ASSOCIATION
                                                                                                            TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 18, 2016                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 16, 2016 at the address(es) listed below:
      DAVE P. ADAMS    on behalf of U.S. Trustee    United States Trustee dave.p.adams@usdoj.gov
      JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Wells Fargo Bank, National Association
       bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
      KEVIN K. KERCHER    on behalf of Debtor Bruce J. Criscuolo kevinkk@kercherlaw.com
      LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
       ecf_frpa@trustee13.com
      REGINA COHEN    on behalf of Creditor    Ally Financial rcohen@lavin-law.com,
       ksweeney@lavin-law.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                                         TOTAL: 6

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| BRUCE J. CRISCUOLO | : | CHAPTER 13 |
| | : | |
| Debtor | : | BKRTCY. NO. 14-16946 REF |

### ORDER AUTHORIZING DEBTOR TO PAY INTERNAL REVENUE SERVICE PRIOR TO CONFIRMATION OF PLAN

AND NOW, upon consideration of the Motion of the Debtor for Authority to Pay Internal Revenue Service in Advance of Plan Confirmation, and for other relief, ("the Motion"),

**IT IS HEREBY ORDERED AND DECREED**, that the Motion is **GRANTED**; and it is

**FURTHER ORDERED** that Debtor is authorized to pay IRS a "lump sum" of $15,000 to be applied toward the priority portion of IRS Proof of Claim Number 4-7, filed on October 5, 2016, and Debtor is further authorized to commence regular monthly payments to IRS prior to confirmation of his plan, if the plan is not yet confirmed, beginning with the month following the execution of this Order, said payments to be not less than $1,200 per month, except as adjusted by possible amendments to Debtor's Chapter 11 Plan as necessary, such payments to be applied to Proof of Claim Number 4-7 in reduction of the IRS priority claim.

BY THE COURT:

**Date: December 16, 2016**

*[signature]*

**RICHARD E. FEHLING**
**UNITED STATES BANKRUPTCY JUDGE**

M:\ALLWP51\bky11\CRISCUOLO\PAY.IRS.MOTION\ENFORCEORD.ORD.wpd