**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** : | |
| : | |
| **BRUCE J. CRISCUOLO** : | **CHAPTER 11** |
| : | |
| **Debtor** : | **BKRTCY. NO. 14-16946 REF** |

**NOTICE OF FILING OF APPLICATION FOR
APPROVAL OF INTERIM COMPENSATION FOR THE PERIOD
JANUARY 27, 2014 THROUGH AND INCLUDING NOVEMBER 30, 2016
FOR COUNSEL TO DEBTOR IN ACCORDANCE WITH
F.R.B.P. 2002(a)(7), (c)(2)
AND 2016(a), AND L.B.R. 2016-1**

**To the Debtor, U.S. Trustee, all Creditors and parties in interest, NOTICE is given that:**

1. On or about December 21, 2016, Kevin K. Kercher, Esquire, counsel for Debtor, filed his Application for Approval of Interim Compensation for the period of January 27, 2014 through and including November 30, 2016. A copy of such Application is on file in the Clerk's Office and is available for inspection during regular business hours.

2. Counsel for the Debtor has provided and will provide legal services to the Debtor including but not limited to conferences with the Debtor concerning the filing of the bankruptcy petition, preparation and filing of the bankruptcy petition and schedules, attendance at the meeting of creditors, legal research, court appearances for multiple hearings, negotiations with creditors, and the preparation and filing of various motions in the Bankruptcy Court.

3. Counsel for the Debtor has requested fees in the amount of $17,150.00 and expense reimbursement in the amount of $1,277.11.

4. Any creditor or party in interest may file an objection to the payment of the counsel fees with the Clerk, U.S. Bankruptcy Court, Madison Building, Suite 300, 400 Washington Street, Reading, PA 19603, and file a copy on the attorney for the Debtor at the address listed below on or before January 11, 2017.

5. In the absence of any objection, the attorney for the Debtor will certify same to the Court and request that an Order be entered authorizing the payment of the fees and expenses.

**Dated: 12/21/2016
Counsel for Debtor:
Kevin K. Kercher, Esquire
881 Third Street, Suite #C-2                BY:    /s/ Kevin K. Kercher
Whitehall, PA 18052                                Kevin K. Kercher, Esquire
Phone: (610) 264-4120
Fax: (610) 264-2990**