United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 14-16946-ref
Bruce J. Criscuolo                                                      Chapter 11
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: Lisa           Page 1 of 2           Date Rcvd: Jan 13, 2017
                             Form ID: pdf900       Total Noticed: 18


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 15, 2017.
db           +Bruce J. Criscuolo,   4960 Curly Horse Drive,   Center Valley, PA 18034-8776
smg          +Bureau of Audit and Enforcement,   City of Allentown,   435 Hamilton Street,
              Allentown, PA 18101-1603
smg           City Treasurer,   Eighth and Washington Streets,   Reading, PA  19601
smg          +Lehigh County Tax Claim Bureau,   17 South Seventh Street,   Allentown, PA 18101-2401
smg          +Tax Claim Bureau,   633 Court Street,   Second Floor,   Reading, PA 19601-4300
13556694     +Wells Fargo Bank, N.A.,et al...,   Chase Records Center,   Attn: Correspondence Mail,
              Mail Code LA4-5555,   700 Kansas Lane,   Monroe, LA 71203-4774
13838889     +Wells Fargo Bank, National Association,   KML Law Group, P.C.,   701 Market Street, Ste 5000,
              Philadelphia, PA 19106-1541

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          +E-mail/Text: robertsl2@dnb.com Jan 14 2017 02:09:51     Dun & Bradstreet, INC,
              3501 Corporate Pkwy,   P.O. Box 520,   Centre Valley, PA 18034-0520
smg           E-mail/Text: cio.bncmail@irs.gov Jan 14 2017 02:08:42     Internal Revenue Service,
              P.O. Box 7346,   Philadelphia, PA  19101-7346
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 14 2017 02:09:26
              Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 14 2017 02:10:06     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr           +E-mail/Text: bankruptcy@cavps.com Jan 14 2017 02:09:56     Cavalry Portfolio Services, LLC,
              500 Summit Lake Drive Suite 400,   Valhalla, NY 10595-2322
13692107     +E-mail/Text: ally@ebn.phinsolutions.com Jan 14 2017 02:08:36     Ally Financial,
              P.O. Box 130424,   Roseville, MN 55113-0004
13386634      E-mail/Text: ally@ebn.phinsolutions.com Jan 14 2017 02:08:36
              Ally Financial serviced by Ally Servicing LLC,   PO Box 130424,   Roseville, MN 55113-0004
13379108     +E-mail/Text: bankruptcy@cavps.com Jan 14 2017 02:09:56     Cavalry SPV I, LLC,
              500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-1340
13459498      E-mail/PDF: resurgentbknotifications@resurgent.com Jan 14 2017 01:59:59
              LVNV Funding, LLC its successors and assigns as,   assignee of Springleaf Financial,
              Services Of Indiana, Inc.,   Resurgent Capital Services,   PO Box 10587,
              Greenville, SC 29603-0587
13384791      E-mail/PDF: rmscedi@recoverycorp.com Jan 14 2017 01:59:58
              Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
              Miami, FL 33131-1605
13384802      E-mail/PDF: gecsedi@recoverycorp.com Jan 14 2017 01:59:57     Synchrony Bank,
              c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue, Suite 1120,
              Miami, FL 33131-1605
                                                                             TOTAL: 11


             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            JP MORGAN CHASE BANK NATIONAL ASSOCIATION
cr*          +Ally Financial,   P.O. Box 130424,   Roseville, MN 55113-0004
cr*           Synchrony Bank,   c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue, Suite 1120,
              Miami, FL  33131-1605
13447700*    +Department of the Treasury,   Internal Revenue Service,   P O BOX 7346,
              Philadelphia PA 19101-7346
                                                                             TOTALS: 1, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 15, 2017                                   Signature:  /s/Joseph Speetjens

District/off: 0313-4      User: Lisa            Page 2 of 2              Date Rcvd: Jan 13, 2017
                         Form ID: pdf900       Total Noticed: 18

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 13, 2017 at the address(es) listed below:
          DAVE P. ADAMS    on behalf of U.S. Trustee    United States Trustee dave.p.adams@usdoj.gov
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Wells Fargo Bank, National Association
           bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
          KEVIN K. KERCHER    on behalf of Debtor Bruce J. Criscuolo kevinkk@kercherlaw.com
          LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          REGINA  COHEN    on behalf of Creditor    Ally Financial rcohen@lavin-law.com,
           ksweeney@lavin-law.com
          THOMAS I. PULEO    on behalf of Creditor    Wells Fargo Bank, National Association
           tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                          TOTAL: 7

LOCAL BANKRUPTCY FORM 9014-3
**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                              :        CHAPTER 11
                                                    :
BRUCE J. CRISCOULO,                                 :        BANKR. NO. 14-16946REF
                                                    :
        Debtor.                                     :

**AMENDED NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE**

The United States trustee has filed **a Motion to Dismiss or Convert to Chapter 7** with the Court.

**Your rights may be affected.** **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

        1.    If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before **fourteen days from the date of this Notice,** you or your attorney must do <u>all</u> of the following:

        (a)    file an answer explaining your position at:

        U.S. Bankruptcy Court, Eastern District of Pennsylvania
        The Madison, Suite 300
        400 Washington Street
        Reading, PA 19601

If you mail your answer to the Bankruptcy Clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

        (b)    mail a copy to the movant's attorney:

        Dave P. Adams, Trial Attorney
        Office of the U.S. Trustee
        833 Chestnut Street, Suite 500
        Philadelphia, PA    19107
        Telephone:    (215) 597-4411/Fax: (215) 597-5795

        2.    If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

        3.    A hearing on the motion is scheduled to be held before the Honorable Richard E. Fehling on **February 16, 2017, at 11:00 a.m. in Courtroom #1**, United States Bankruptcy Court, The Madison, 400 Washington Street, Reading PA 19601.   Unless the court orders otherwise, the hearing on this contested matter will be an evidentiary hearing at which witnesses may testify with respect to disputed material factual issues in the manner directed by Fed. R. Bankr. P. 9014(d).

        4.    If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you are on the Clerk's Service List and you request a copy from the attorney named in paragraph 1(b).

        5.    You may contact the Bankruptcy Clerk's office at (610) 208-5040 to find out whether the hearing has been canceled because no one filed an answer.

Date:    January 13, 2017.