**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | : |
|  | : |
| BRUCE J. CRISCUOLO | : CHAPTER 11 |
|  | : |
| Debtor | : BKRTCY. NO. 14-16946 REF |

## ORDER RESCHEDULING CONFIRMATION AND SETTING DEADLINES FOR VOTING AND OBJECTIONS REGARDING DEBTOR'S FIRST AMENDED PLAN

AND NOW, upon consideration of the Debtor's filing of a First Amended Plan and his request to reschedule the hearing on Confirmation and to Set Various Dates,

IT IS **ORDERED**, and notice is hereby given that:

a.   By January 23, 2017, the First Amended Plan, this Order and a ballot conforming to Official Form 314 shall be mailed to creditors, equity security holders and other parties in interest, and shall be transmitted to the United States Trustee, as provided in F.B.R.P. 3017(d); and

b.   A hearing will be held before the Honorable Richard E. Fehling on February 16, 2017, 2016 at 11:00 a.m. in Courtroom #1, Third Floor, United States Bankruptcy Court, The Madison, 400 Washington Street, Reading, PA 19601, to consider confirmation of the Plan, and to consider any other matters which may properly come before the Court at that time, including any amendments to the Plan of Reorganization; and

c.   The hearing may be adjourned or continued from time to time by announcement made in open court without further written notice to creditors or parties in interest.  In addition, written amendments or modifications to the proposed Plan may be

considered at said hearing; and

    d.   February 13, 2017 is fixed as the last day for filing and serving pursuant to F.R.B.P. 3020(b)(1) written objections to confirmation of the Plan; and

    f.   February 13, 2017 is fixed as the last day for filing written acceptances or rejections of the Plan.

                        **BY THE COURT:**

                        _____
                        **RICHARD E. FEHLING**
                        **UNITED STATES BANKRUPTCY JUDGE**