United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Bruce J. Criscuolo  
    Debtor

Case No. 14-16946-ref  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0313-4     User: Lisa     Page 1 of 1     Date Rcvd: Jan 17, 2017  
                   Form ID: pdf900     Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 19, 2017.
db         +Bruce J. Criscuolo,   4960 Curly Horse Drive,   Center Valley, PA 18034-8776

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr         +E-mail/Text: ally@ebn.phinsolutions.com Jan 18 2017 01:56:37      Ally Financial,  
            P.O. Box 130424,   Roseville, MN 55113-0004
cr         +E-mail/Text: bankruptcy@cavps.com Jan 18 2017 01:57:03      Cavalry Portfolio Services, LLC,  
            500 Summit Lake Drive Suite 400,   Valhalla, NY 10595-2322
cr         E-mail/PDF: gecsedi@recoverycorp.com Jan 18 2017 01:59:38      Synchrony Bank,  
            c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue, Suite 1120,  
            Miami, FL 33131-1605

                                                                                                                                                                    TOTAL: 3

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr         JP MORGAN CHASE BANK NATIONAL ASSOCIATION
                                                                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 19, 2017                                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 17, 2017 at the address(es) listed below:
        DAVE P. ADAMS    on behalf of U.S. Trustee    United States Trustee dave.p.adams@usdoj.gov
        JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Wells Fargo Bank, National Association  
         bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
        KEVIN K. KERCHER    on behalf of Debtor Bruce J. Criscuolo kevinkk@kercherlaw.com
        LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,  
         ecf_frpa@trustee13.com
        REGINA COHEN    on behalf of Creditor    Ally Financial rcohen@lavin-law.com,  
         ksweeney@lavin-law.com
        THOMAS I. PULEO    on behalf of Creditor    Wells Fargo Bank, National Association  
         tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                                       TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| BRUCE J. CRISCUOLO | : | CHAPTER 11 |
| | : | |
| Debtor | : | BKRTCY. NO. 14-16946 REF |

## ORDER ON APPLICATION FOR INTERIM COMPENSATION FOR DEBTOR'S COUNSEL

AND NOW, the Application of Kevin K. Kercher, Esquire, Attorney for Debtor, for Interim Compensation for the period of January 27, 2014 through and including November 30, 2016 in the total amount of $17,150.00 in fees and $1,277.11 in expenses is hereby DENIED without prejudice because it appears that creditors were not served.

1/17/17

RICHARD E. FEHLING
UNITED STATES BANKRUPTCY JUDGE