United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 14-16946-ref
Bruce J. Criscuolo                                                              Chapter 11
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4            User: Lisa                    Page 1 of 1              Date Rcvd: Jan 19, 2017
                Form ID: pdf900              Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 21, 2017.
db        +Bruce J. Criscuolo,    4960 Curly Horse Drive,   Center Valley, PA 18034-8776

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr        +E-mail/Text: ally@ebn.phinsolutions.com Jan 20 2017 02:46:26    Ally Financial,
      P.O. Box 130424,   Roseville, MN 55113-0004
cr        +E-mail/Text: bankruptcy@cavps.com Jan 20 2017 02:47:48     Cavalry Portfolio Services, LLC,
      500 Summit Lake Drive Suite 400,   Valhalla, NY 10595-2322
cr        E-mail/PDF: gecsedi@recoverycorp.com Jan 20 2017 02:51:59     Synchrony Bank,
      c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue, Suite 1120,   Miami, FL  33131-1605
                                                                                                                                                                                                      TOTAL: 3

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr        JP MORGAN CHASE BANK NATIONAL ASSOCIATION
                                                                                                                                                                                                         TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 21, 2017                                                  Signature:  _/s/Joseph Speetjens_

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 19, 2017 at the address(es) listed below:
        DAVE P. ADAMS    on behalf of U.S. Trustee    United States Trustee dave.p.adams@usdoj.gov
        JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Wells Fargo Bank, National Association
      bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
        KEVIN K. KERCHER    on behalf of Debtor Bruce J. Criscuolo kevinkk@kercherlaw.com
        LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
      ecf_frpa@trustee13.com
        REGINA COHEN    on behalf of Creditor    Ally Financial rcohen@lavin-law.com,
      ksweeney@lavin-law.com
        THOMAS I. PULEO    on behalf of Creditor    Wells Fargo Bank, National Association
      tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                                                                                                                                    TOTAL: 7

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                          :
                                :
    BRUCE J. CRISCUOLO          :    CHAPTER 11
                                :
        Debtor              :    BKRTCY. NO. 14-16946 REF


## ORDER RESCHEDULING CONFIRMATION AND SETTING DEADLINES FOR VOTING AND OBJECTIONS REGARDING DEBTOR'S FIRST AMENDED PLAN

AND NOW, upon consideration of the Debtor's filing of a First Amended Plan and his request to reschedule the hearing on Confirmation and to Set Various Dates,

IT IS **ORDERED**, and notice is hereby given that:

a. By January 23, 2017, the First Amended Plan, this Order and a ballot conforming to Official Form 314 shall be mailed to creditors, equity security holders and other parties in interest, and shall be transmitted to the United States Trustee, as provided in F.B.R.P. 3017(d); and

b. A hearing will be held before the Honorable Richard E. Fehling on February 16, 2017, 2016 at 11:00 a.m. in Courtroom #1, Third Floor, United States Bankruptcy Court, The Madison, 400 Washington Street, Reading, PA 19601, to consider confirmation of the Plan, and to consider any other matters which may properly come before the Court at that time, including any amendments to the Plan of Reorganization; and

c. The hearing may be adjourned or continued from time to time by announcement made in open court without further written notice to creditors or parties in interest. In addition, written amendments or modifications to the proposed Plan may be

considered at said hearing; and

    d.   February 13, 2017 is fixed as the last day for filing and serving pursuant to F.R.B.P. 3020(b)(1) written objections to confirmation of the Plan; and

    f.   February 13, 2017 is fixed as the last day for filing written acceptances or rejections of the Plan.

BY THE COURT:

1/19/17

_____
RICHARD E. FEHLING
UNITED STATES BANKRUPTCY JUDGE