Resurgent Capital Services
Attn: Susan Gaines
PO Box 10587
Greenville, SC 29603-0587

Date: 2/7/2017

                          **LAW OFFICES OF
KEVIN K. KERCHER, ESQUIRE, P.C.**

BY:   /s/ Kevin K. Kercher
        Kevin K. Kercher, Esquire
        881 Third Street, Suite #C-2
        Whitehall, PA 18052
        (610) 264-4120 phone
        (610) 264-2990 fax
        **Attorney for Debtor**