# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                              :
                                    :
    BRUCE J. CRISCUOLO           :    CHAPTER 13
                                    :
        Debtor                 :    BKRTCY. NO. 14-16946 REF

## AMENDED CERTIFICATE OF SERVICE

I, Kevin K. Kercher, Esquire, Attorney for Debtor, Bruce J. Criscuolo, certify that I forwarded a true and correct copy of the Order of January 19, 2017 Scheduling Various Dates Relating to Voting and Objections Regarding Debtor's First Amended Plan, and Debtor's First Amended Plan of Reorganization, via first-class mail, and/or electronic notification where possible, on January 24, 2017 to the following parties:

Bruce J. Criscuolo
4960 Curly Horse Drive
Center Valley, PA 18034
**Debtor**

U.S. Trustee's Office
833 Chestnut Street, Suite #500
Philadelphia, PA 19107

Frederick L. Reigle, Esquire
**Standing Chapter 13 Trustee**
P.O. Box 4010
2901 St. Lawrence Avenue
Reading, PA 19603

Synchrony Bank
c/o Recovery Management Systems Corporation
25 SE 2nd Avenue, Suite #1120
Miami, FL 33131-1605

Joshua I. Goldman, Esquire
Andrew F. Gornall, Esquire
KML Law Group, P.C.
701 Market Street, Suite #5000
Philadelphia, PA 19106-1532
**Attorney for Wells Fargo Bank, N.A.**

Internal Revenue Service
Attn: Julia Carlone
PO Box 7346
Philadelphia, PA 19101-7346

Regina Cohen, Esquire
LAVIN, O'NEIL, CEDRONE & DiSIPIO
190 North Independence Mall West, Suite #500
6th and Race Streets
Philadelphia, PA 19106
**Attorney for Ally Financial**

Resurgent Capital Services
Attn: Susan Gaines
PO Box 10587
Greenville, SC 29603-0587


Date: 2/8/17

                                      **LAW OFFICES OF**
                                      **KEVIN K. KERCHER, ESQUIRE, P.C.**

              BY:    /s/ Kevin K. Kercher
                      Kevin K. Kercher, Esquire
                      881 Third Street, Suite #C-2
                      Whitehall, PA 18052
                      (610) 264-4120 phone
                      (610) 264-2990 fax
                      **Attorney for Debtor**