# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: :
:
   BRUCE J. CRISCUOLO : CHAPTER 11
:
        Debtor : BKRTCY. NO. 14-16946 REF

## ORDER ON APPLICATION FOR INTERIM COMPENSATION FOR DEBTOR'S COUNSEL

AND NOW, the Application of Kevin K. Kercher, Esquire, Attorney for Debtor, for Interim Compensation for the period of January 27, 2014 through and including November 30, 2016 in the total amount of $17,150.00 in fees and $1,277.11 in expenses is hereby approved.

**Date: February 14, 2017**

_____
**RICHARD E. FEHLING**
**UNITED STATES BANKRUPTCY JUDGE**