**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | |
| | : | |
| **BRUCE J. CRISCUOLO** | : | **CHAPTER 11** |
| | : | |
| **Debtor** | : | **BKRTCY. NO. 14-16946 REF** |

**NOTICE OF FILING OF APPLICATION FOR**
**APPROVAL OF INTERIM COMPENSATION FOR THE PERIOD**
**DECEMBER 1, 2016 THROUGH AND INCLUDING FEBRUARY 28, 2017**
**FOR COUNSEL TO DEBTOR IN ACCORDANCE WITH**
**F.R.B.P. 2002(a)(7), (c)(2)**
**AND 2016(a), AND L.B.R. 2016-1**

**To the Debtor, U.S. Trustee, all Creditors and parties in interest, NOTICE is given that:**

1. On or about March 8, 2017, Kevin K. Kercher, Esquire, counsel for Debtor, filed his Second Application for Approval of Compensation for the period of December 1, 2016 through and including February 28, 2017.  A copy of such Application is on file in the Clerk's Office and is available for inspection during regular business hours.

2. Counsel for the Debtor has provided and will provide legal services to the Debtor including but not limited to conferences with the Debtor concerning the filing of the Disclosure Statement and Plan, a First Amended Plan, various orders, legal research, court appearances for multiple hearings, negotiations with creditors, and the preparation and filing of various motions and pleadings in the Bankruptcy Court.

3. Counsel for the Debtor has requested fees in the amount of $9,900.00 and expense reimbursement in the amount of $7.85.  Counsel sought approval for prior fees through November 30, 2016 and such request was granted by the Court in the amounts of $17,150.00 in fees and $1,277.11 in costs by Order dated February 14, 2017.

4. Any creditor or party in interest may file an objection to the payment of the counsel fees with the Clerk, U.S. Bankruptcy Court, Madison Building, Suite 300, 400 Washington Street, Reading, PA 19603, and file a copy on the attorney for the Debtor at the address listed below on or before March 29, 2017.

5. In the absence of any objection, the attorney for the Debtor will certify same to the Court and request that an Order be entered authorizing the payment of the fees and expenses.

**Dated: 3/8/2017**
**Counsel for Debtor:**
**Kevin K. Kercher, Esquire**
**881 Third Street, Suite #C-2**          BY:    **/s/ Kevin K. Kercher**
**Whitehall, PA 18052**                                  **Kevin K. Kercher, Esquire**
**Phone: (610) 264-4120**
**Fax: (610) 264-2990**