**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | : |
| | : |
| BRUCE J. CRISCUOLO | : CHAPTER 11 |
| | : |
| Debtor | : BKRTCY. NO. 14-16946 REF |

**ORDER ON SECOND APPLICATION FOR COMPENSATION FOR DEBTOR'S COUNSEL**

AND NOW, the Application of Kevin K. Kercher, Esquire, Attorney for Debtor, for Compensation for the period of December 1, 2016 through and including February 28, 2017 in the total amount of $9,900.00 in fees and $7.85 in expenses is hereby approved.

BY THE COURT:

**Date: March 30, 2017**

_____
**RICHARD E. FEHLING**
**UNITED STATES BANKRUPTCY JUDGE**