United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                            Case No. 14-16946-ref
Bruce J. Criscuolo                                                Chapter 11
       Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-4         User: Lisa              Page 1 of 1           Date Rcvd: Mar 30, 2017
                             Form ID: pdf900         Total Noticed: 4
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 01, 2017.
db             +Bruce J. Criscuolo,    4960 Curly Horse Drive,    Center Valley, PA 18034-8776

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/Text: ally@ebn.phinsolutions.com Mar 31 2017 01:37:31      Ally Financial,
                P.O. Box 130424,    Roseville, MN 55113-0004
cr             +E-mail/Text: bankruptcy@cavps.com Mar 31 2017 01:37:52     Cavalry Portfolio Services, LLC,
                500 Summit Lake Drive Suite 400,    Valhalla, NY 10595-2322
cr              E-mail/PDF: gecsedi@recoverycorp.com Mar 31 2017 01:27:37      Synchrony Bank,
                c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                Miami, FL  33131-1605
                                                                                              TOTAL: 3

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              JP MORGAN CHASE BANK NATIONAL ASSOCIATION
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 01, 2017                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 30, 2017 at the address(es) listed below:
              DAVE P. ADAMS    on behalf of U.S. Trustee    United States Trustee dave.p.adams@usdoj.gov
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor   Wells Fargo Bank, National Association
               bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
              KEVIN K. KERCHER    on behalf of Debtor Bruce J. Criscuolo kevinkk@kercherlaw.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              REGINA   COHEN    on behalf of Creditor   Ally Financial rcohen@lavin-law.com,
               ksweeney@lavin-law.com
              THOMAS I. PULEO    on behalf of Creditor   Wells Fargo Bank, National Association
               tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| BRUCE J. CRISCUOLO | : | CHAPTER 11 |
| | : | |
| Debtor | : | BKRTCY. NO. 14-16946 REF |

**ORDER ON SECOND APPLICATION FOR COMPENSATION FOR DEBTOR'S COUNSEL**

AND NOW, the Application of Kevin K. Kercher, Esquire, Attorney for Debtor, for Compensation for the period of December 1, 2016 through and including February 28, 2017 in the total amount of $9,900.00 in fees and $7.85 in expenses is hereby approved.

BY THE COURT:

**Date: March 30, 2017**

_____
**RICHARD E. FEHLING
UNITED STATES BANKRUPTCY JUDGE**