UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                          :
                                :
    BRUCE J. CRISCUOLO          :    CHAPTER 11
                                :
        Debtor                  :    BKRTCY. NO. 14-16946 REF

PLAN IMPLEMENTATION REPORT FOR MARCH, 2017
FOR DEBTOR BRUCE J. CRISUOLO

| | |
|---|---|
| NAME OF INSTITUTION: | TD Bank, NA |
| ACCOUNT NO.: | 433-5580802 |
| NAME OF ACCOUNT: | BRUCE J. CRISCUOLO, DIP |
| SIGNATORY AUTHORITY: | BRUCE J. CRISCUOLO |

Cash Receipts and Disbursements:

| | |
|---|---|
| Cash - beginning of period: | $20,312.93 |
| Receipts: (salary plus EZ Pass refund) | $10,581.65 |
| Total receipts: | $10,581.65 |
| Plan Disbursements: (detail attached) | $ 5,713.36 |
| Other Disbursements: (household, etc.) | $ 3,833.73 |

4/13/2017

LAW OFFICES OF
KEVIN K. KERCHER, ESQ., P.C.

/s/ Kevin K. Kercher
Kevin K. Kercher, Esquire
881 Third Street, Suite #C-2
Whitehall, PA 18052
(610) 264-4120 phone
(610) 264-2990 fax
**Attorney for Debtor**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re BRUCE J. CRISCUOLO

Case No. 14-16946
Reporting Period: 3/2017

MONTHLY OPERATING REPORT  PLAN DISBURSEMENTS
File with Court and submit copy to United States Trustee within 20 days after end of month.

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached | Affidavit/Supplement Attached |
|---|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | | | |
| Schedule of Professional Fees Paid | MOR-1b | | | |
| Copies of bank statements | | | | |
| Cash disbursements journals | | | | |
| Statement of Operations | MOR-2 | | | |
| Balance Sheet | MOR-3 | | | |
| Status of Postpetition Taxes | MOR-4 | | | |
| Copies of IRS Form 6123 or payment receipt | | | | |
| Copies of tax returns filed during reporting period | | | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | | | |
| Listing of aged accounts payable | MOR-4 | | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | | | |
| Debtor Questionnaire | MOR-5 | | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

_____  4/10/2017
Signature of Debtor                Date

_____  _____
Signature of Joint Debtor           Date

_____  _____
Signature of Authorized Individual*  Date

_____  _____
Printed Name of Authorized Individual  Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

MOR
(04/07)

Bruce Criscuolo
DIP Case 14-16946
4960 Curly Horse Drive
Center Valley Pa, 18034

**Statement Period**                                  March 6th, 2017 -April 5th, 2017

| Income |  |  | Notes |
|---|---|---|---|
| 3/15/2017 | $3,671.75 |  |  |
| 3/15/2017 | $3,160.50 |  |  |
| 3/31/2017 | $3,671.75 |  |  |

| Expenses |  |  |  |
|---|---|---|---|
| Mortgage |  | $1,692.65 |  |
| Taxes |  | $2,750.00 |  |
| Household electric, gas, trash, water... |  | $978.40 |  |
| Food |  | $496.03 |  |
| Auto Payment |  | $1,270.71 |  |
| Travel gas, car maintained, parking... |  | $1,880.35 | tires 923.93 |
| School Loan |  | $18.49 |  |
| Entertainment |  | $22.00 |  |
| Miscellaneous |  | $438.46 | 12.26 health |

| Total Income | $10,504.00 |  |  |
|---|---|---|---|
| Total Expenses |  | $9,547.09 |  |



# Bank
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

BRUCE J CRISCUOLO
DIP CASE 14-16946 EDPA
4960 CURLY HORSE DR
CENTER VALLEY PA  18034-0000

Page: 1 of 5
Statement Period: Mar 06 2017-Apr 05 2017
Cust Ref #: 4335580802-039-T-###
Primary Account #: 433-5580802

## Chapter 11 Checking
BRUCE J CRISCUOLO
DIP CASE 14-16946 EDPA

Account # 433-5580802

### ACCOUNT SUMMARY
| | | | |
|---|---|---|---|
| Beginning Balance | 20,312.93 | Average Collected Balance | 19,374.52 |
| Electronic Deposits | 10,581.65 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 31 |
| Checks Paid | 4,907.03 | | |
| Electronic Payments | 4,745.31 | | |
| Ending Balance | 21,242.24 | | |

### DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 3/15 | ACH DEPOSIT, PRIMEPOINT LLC PAYROLL EPAMIN200423 | 3,671.75 |
| 3/15 | ACH DEPOSIT, PRIMEPOINT LLC PAYROLL EPAMIN200423 | 3,160.50 |
| 3/27 | DEBIT CARD CREDIT, *****45165779329, AUT 032517 VISA DDA REF<br>PAM PA TURNPIKE IVR    866 8020067    * WI | 77.65 |
| 3/31 | ACH DEPOSIT, PRIMEPOINT LLC PAYROLL EPAMIN200423 | 3,671.75 |
| | Subtotal: | 10,581.65 |

**Checks Paid**  No. Checks: 9   *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 3/6 | 112 | 1,200.00 tax | 3/8 | 152 | 105.38 |
| 3/20 | 124* | 627.35 car | 3/10 | 154* | 205.76 |
| 3/20 | 125 | 643.36 car | 3/8 | 155 | 190.29 int |
| 3/21 | 131* | 350.00 toy | 3/30 | 165* | 384.89 |
| 3/14 | 151* | 1,200.00 tax | | | |
| | | | | Subtotal: | 4,907.03 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 3/6 | DEBIT CARD PURCHASE, *****45165779329, AUT 030317 VISA DDA PUR<br>DISNEY RESORTS WDTC    4078285630    * FL | 282.78 |
| 3/6 | DEBIT POS, *****45165779329, AUT 030417 DDA PURCHASE<br>WEIS MARKETS 18    COOPERSBURG   * PA | 215.80 |
| 3/6 | DEBIT CARD PURCHASE, *****45165779329, AUT 030317 VISA DDA PUR<br>SHELL OIL 57545710600    HAMPTON    * NJ | 43.36 |
| 3/6 | DEBIT CARD PURCHASE, *****45165779329, AUT 030317 VISA DDA PUR<br>LEHIGH PIZZA INC    BETHLEHEM   * PA | 34.90 |
| 3/6 | DEBIT POS, *****45165779329, AUT 030417 DDA PURCHASE<br>WEIS MARKETS 18    COOPERSBURG   * PA | 27.26 |
| 3/6 | DEBIT CARD PURCHASE, *****45165779329, AUT 030417 VISA DDA PUR<br>SUBWAY    04189841    610 8664360   * PA | 26.58 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured   TD Bank, N.A. | Equal Housing Lender



**Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

BRUCE J CRISCUOLO
DIP CASE 14-16946 EDPA

Page: 3 of 5
Statement Period: Mar 06 2017-Apr 05 2017
Cust Ref #: 4335580802-039-T-###
Primary Account #: 433-5580802

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 3/8 | DEBIT POS, *****45165779329, AUT 030817 DDA PURCHASE GIANT 6074 ALLENTOWN * PA | 3.57 |
| 3/9 | DEBIT CARD PURCHASE, *****45165779329, AUT 030817 VISA DDA PUR WAWA 272 00002725 QUAKERTOWN * PA | 50.19 |
| 3/9 | DEBIT POS, *****45165779329, AUT 030917 DDA PURCHASE CVS PHARM 02459 305 W BETHLEHEM * PA | 12.26 |
| 3/10 | DEBIT CARD PURCHASE, *****45165779329, AUT 030917 VISA DDA PUR MCDONALD S F61 ALLENTOWN * PA | 11.11 |
| 3/13 | DEBIT POS, *****45165779329, AUT 031217 DDA PURCHASE PEPBOYS STORE 18 222 QUAKERTOWN * PA | 923.93 |
| 3/13 | DEBIT CARD PURCHASE, *****45165779329, AUT 031117 VISA DDA PUR PTC EZ PASS AUTO RE 877 736 6727 * PA | 70.00 |
| 3/13 | DEBIT CARD PURCHASE, *****45165779329, AUT 030917 VISA DDA PUR CONSHOHOCKEN FUELS CONSHOHOCKEN * PA | 51.96 |
| 3/13 | DEBIT POS, *****45165779329, AUT 031317 DDA PURCH W/CB HAIR CUTTERY 3694 CENTER VALLEY * PA | 47.01 |
| 3/13 | DEBIT POS, *****45165779329, AUT 031217 DDA PURCHASE TURKEY HI 106 S 3RD ST COOPERSBURG * PA | 45.59 |
| 3/13 | DEBIT POS, *****45165779329, AUT 031317 DDA PURCHASE WINE SPIRITS 03918 CENTER VALLEY * PA | 23.30 |
| 3/13 | DEBIT CARD PURCHASE, *****45165779329, AUT 031217 VISA DDA PUR CARLOS PIZZA COOPERSBURG * PA | 22.44 |
| 3/13 | DEBIT CARD PURCHASE, *****45165779329, AUT 031017 VISA DDA PUR WETZEL S PRETZELS 523 WHITEHALL * PA | 17.01 |
| 3/13 | DEBIT CARD PURCHASE, *****45165779329, AUT 031117 VISA DDA PUR DNH MEDIA TEMPLE INC 877 5784000 * CA | 17.00 |
| 3/13 | DEBIT POS, *****45165779329, AUT 031117 DDA PURCHASE GIANT 6314 COOPERSBURG * PA | 15.00 |
| 3/13 | DEBIT POS, *****45165779329, AUT 031117 DDA PURCHASE WINE SPIRITS 00920 QUAKERTOWN * PA | 11.65 |
| 3/13 | DEBIT POS, *****45165779329, AUT 031117 DDA PURCHASE GIANT 6476 QUAKERTOWN * PA | 8.47 |
| 3/13 | DEBIT CARD PURCHASE, *****45165779329, AUT 031017 VISA DDA PUR MCDONALD S F61 ALLENTOWN * PA | 8.12 |
| 3/14 | DEBIT CARD PURCHASE, *****45165779329, AUT 031217 VISA DDA PUR COPPERHEAD GRILLE RT 378 BETHLEHEM * PA | 56.72 |
| 3/14 | DEBIT CARD PURCHASE, *****45165779329, AUT 031217 VISA DDA PUR SUBWAY 03009230 BETHLEHEM * PA | 7.53 |
| 3/15 | DEBIT CARD PURCHASE, *****45165779329, AUT 031317 VISA DDA PUR TURKEY HILL 0262 Q69 COOPERSBURG * PA | 16.79 |
| 3/16 | DEBIT CARD PURCHASE, *****45165779329, AUT 031517 VISA DDA PUR LUKOIL 57352 NEWARK * NJ | 51.65 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com


**Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

BRUCE J CRISCUOLO
DIP CASE 14-16946 EDPA

Page: 4 of 5
Statement Period: Mar 06 2017-Apr 05 2017
Cust Ref #: 4335580802-039-T-###
Primary Account #: 433-5580802

| DAILY ACCOUNT ACTIVITY | | |
|---|---|---|
| **Electronic Payments (continued)** | | |
| POSTING DATE | DESCRIPTION | AMOUNT |
| 3/16 | DEBIT CARD PURCHASE, *****45165779329, AUT 031517 VISA DDA PUR<br>MADLES HDWE INC    COOPERSBURG  * PA | 10.56 |
| 3/20 | ELECTRONIC CK PMT-ARC, SP SERVICING MRTG PMT 0162 | 1,692.65 |
| 3/20 | DEBIT CARD PURCHASE, *****45165779329, AUT 031717 VISA DDA PUR<br>TURKEY HILL 0254 Q69    ALLENTOWN   * PA | 52.14 |
| 3/20 | DEBIT CARD PURCHASE, *****45165779329, AUT 031817 VISA DDA PUR<br>COOPERSBURG DINER    COOPERSBURG  * PA | 25.50 |
| 3/20 | DEBIT CARD PURCHASE, *****45165779329, AUT 031817 VISA DDA PUR<br>REGAL CINEMAS RICHLAND    QUAKERTOWN  * PA | 22.00 |
| 3/20 | DEBIT POS, *****45165779329, AUT 031917 DDA PURCHASE<br>WEIS MARKETS 18     COOPERSBURG  * PA | 18.99 |
| 3/20 | DEBIT POS, *****45165779329, AUT 031817 DDA PURCHASE<br>GIANT 6314      COOPERSBURG  * PA | 10.60 |
| 3/20 | DEBIT CARD PAYMENT, *****45165779329, AUT 031817 VISA DDA PUR<br>SPOTIFY USA     646 8375380  * NY | 10.59 |
| 3/20 | DEBIT CARD PURCHASE, *****45165779329, AUT 031717 VISA DDA PUR<br>WENDY S 2644    CONSHOHOCKEN  * PA | 9.95 |
| 3/20 | DEBIT POS, *****45165779329, AUT 031817 DDA PURCHASE<br>WEIS MARKETS 18     COOPERSBURG  * PA | 6.24 |
| 3/21 | DEBIT POS, *****45165779329, AUT 032117 DDA PURCHASE<br>SUNOCO 03746435    WESCOSVILLE  * PA | 49.37 |
| 3/21 | DEBIT CARD PURCHASE, *****45165779329, AUT 031917 VISA DDA PUR<br>MCDONALD S F23510    BETHLEHEM  * PA | 4.31 |
| 3/22 | DEBIT POS, *****45165779329, AUT 032117 DDA PURCHASE<br>TARGET T 610 N WEST E   QUAKERTOWN  * PA | 8.48 |
| 3/23 | DEBIT CARD PURCHASE, *****45165779329, AUT 032217 VISA DDA PUR<br>RMCB       914 592 0055 * NY | 31.00 |
| 3/24 | DEBIT CARD PURCHASE, *****45165779329, AUT 032217 VISA DDA PUR<br>PAM PA TURNPIKE IVR    866 8020067  * WI | 77.65 |
| 3/24 | DEBIT CARD PURCHASE, *****45165779329, AUT 032217 VISA DDA PUR<br>PAM PA TURNPIKE IVR    866 8020067  * WI | 77.65 |
| 3/27 | DEBIT CARD PURCHASE, *****45165779329, AUT 032517 VISA DDA PUR<br>WESTJET   838821409214   CALGARY   C AN | 78.69 |
| 3/27 | DEBIT CARD PURCHASE, *****45165779329, AUT 032617 VISA DDA PUR<br>604 FLIGHT STOP    RICHMOND   C AN | 46.62 |
| 3/27 | DEBIT CARD PURCHASE, *****45165779329, AUT 032317 VISA DDA PUR<br>PAC WESTJETCONNECT    LAKE FOREST  * CA | 11.85 |
| 3/28 | DEBIT CARD PURCHASE, *****45165779329, AUT 032617 VISA DDA PUR<br>WESTJET   838821409661   CALGARY   C AN | 94.59 |
| 3/29 | ELECTRONIC CK PMT-ARC, VERIZON FINANCIA PAYMENTS 0163 | 92.08 |
| 3/30 | ELECTRONIC CK PMT-ARC, AES LOAN PAYMT 0164 | 18.49 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



# Bank
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

BRUCE J CRISCUOLO
DIP CASE 14-16946 EDPA

Page: 5 of 5
Statement Period: Mar 06 2017-Apr 05 2017
Cust Ref #: 4335580802-039-T-###
Primary Account #: 433-5580802

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 4/4 | DEBIT CARD PURCHASE, *****45165779329, AUT 040217 VISA DDA PUR AIRPORTBAGS COM  DISN    LAKE BUENA VI * FL | 50.00 |
| 4/4 | DEBIT CARD PURCHASE, *****45165779329, AUT 040217 VISA DDA PUR AMERICAN AIR001027766255   FORT WORTH   * TX | 50.00 |
| 4/5 | DEBIT CARD PURCHASE, *****45165779329, AUT 040417 VISA DDA PUR TURKEY HILL  0254  Q69    ALLENTOWN    * PA | 50.01 |
| 4/5 | DEBIT CARD PURCHASE, *****45165779329, AUT 040417 VISA DDA PUR PAYPAL  BRIANPEPPLE      402 935 7733 * CA | 31.17 |
| 4/5 | DEBIT CARD PURCHASE, *****45165779329, AUT 040417 VISA DDA PUR JIMMY JOHNS 1363  E C    610 828 4400 * PA | 11.25 |
| | Subtotal: | 4,745.31 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 3/5 | 20,312.93 | 3/22 | 18,599.68 |
| 3/6 | 18,482.25 | 3/23 | 18,568.68 |
| 3/8 | 18,183.01 | 3/24 | 18,413.38 |
| 3/9 | 18,120.56 | 3/27 | 18,353.87 |
| 3/10 | 17,903.69 | 3/28 | 18,259.28 |
| 3/13 | 16,642.21 | 3/29 | 18,167.20 |
| 3/14 | 15,377.96 | 3/30 | 17,763.82 |
| 3/15 | 22,193.42 | 3/31 | 21,435.57 |
| 3/16 | 22,131.21 | 4/4 | 21,335.57 |
| 3/20 | 19,011.84 | 4/5 | 21,242.24 |
| 3/21 | 18,608.16 | | |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender