United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Bruce J. Criscuolo  
    Debtor

Case No. 14-16946-ref  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0313-4      User: Lisa      Page 1 of 1      Date Rcvd: Apr 28, 2017  
                             Form ID: trc      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 30, 2017.  
13556694      +Wells Fargo Bank, N.A.,et al...,    Chase Records Center,    Attn: Correspondence Mail,    Mail Code LA4-5555,    700 Kansas Lane,    Monroe, LA 71203-4774

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.            TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 30, 2017                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 28, 2017 at the address(es) listed below:  
         DAVE P. ADAMS    on behalf of U.S. Trustee    United States Trustee dave.p.adams@usdoj.gov  
         JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Wells Fargo Bank, National Association bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com  
         KEVIN K. KERCHER    on behalf of Debtor Bruce J. Criscuolo kevinkk@kercherlaw.com  
         LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
         REGINA COHEN    on behalf of Creditor    Ally Financial rcohen@lavin-law.com, ksweeney@lavin-law.com  
         THOMAS I. PULEO    on behalf of Creditor    Wells Fargo Bank, National Association tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                   TOTAL: 7

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 14-16946-ref
Chapter 11

In re: Debtor(s) (including Name and Address)

Bruce J. Criscuolo
4960 Curly Horse Drive
Center Valley PA 18034

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 04/28/2017.

Name and Address of Alleged Transferor(s):

Claim No. 6: Wells Fargo Bank, N.A.,et al..., Chase Records Center, Attn: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203

Name and Address of Transferee:

Wells Fargo Bank, National Association,
Serviced by Select Portfolio Servicing,
3217 S. Decker Lake Dr.
Salt Lake City, UT 84115

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    04/30/17

Tim McGrath
**CLERK OF THE COURT**