UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                              :
                                    :
    BRUCE J. CRISCUOLO          :    CHAPTER 11
                                    :
        Debtor              :    BKRTCY. NO. 14-16946 REF

### ORDER AND FINAL DECREE

AND NOW, upon consideration of the Debtor's Motion to Close Case, the Motion is **GRANTED**. This case shall be marked "closed" on the docket.

5/5/17

BY THE COURT:

_____
RICHARD E. FEHLING
UNITED STATES BANKRUPTCY JUDGE