**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
|     BRUCE J. CRISCUOLO | : | CHAPTER 11 |
| | : | |
|     Debtor | : | BKRTCY. NO. 14-16946 pmm |

**NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE**

    Bruce Criscuolo, by and through his counsel, Kevin K. Kercher, Esquire, have filed a Motion to Re-Open Case to allow for the entry of a Discharge Order, to enforce the Plan Injunction, and for other relief. Debtor is very close to completing plan payments and thereafter is entitled to a Discharge pursuant to Section 1141(d)(5)(A). Debtor may also seek to enforce various plan provisions against his mortgagee, SPS.

    <u>Your rights may be affected.</u> You should read these papers carefully and discuss them with your attorney, If you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)

    1.    If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before January 11, 2022 you or your attorney must do <u>all</u> of the following:

        (a)    file an answer explaining your position at

        Clerk, U.S. Bankruptcy Court
        Eastern District of Pennsylvania
        The Gateway Bldg., Ste. 103
        201 Penn Street
        Reading, PA 19601

    If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

        (b)    mail/e-mail a copy to the movant's attorney:
        Kevin K. Kercher, Esquire
        881 Third Street, Suite #C-2
        Whitehall, PA 18052
        (610) 264-4120 phone/(610) 264-2990 fax

    2.    If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

    3.    A hearing on the motion is scheduled to be held before the Honorable Patricia M. Mayer on January 18, 2022 at 11:00 in Courtroom #1, 4th Floor, United States Bankruptcy Court, 201 Penn Street, Reading, Pennsylvania, 19601.

    4.    If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

    5.    You may contact the Bankruptcy Clerk's office at (610) 208-5036 to find out whether the hearing has been canceled because no one filed an answer.

Date: 12/28/2021                                  Attorney for Movants
                                                        /s/ Kevin K. Kercher