## EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Bruce J. Criscuolo,　　　　　:　　Chapter 11
　　　　　　　　　　　　　　　　　　:
　　　　　　　Debtor.　　　　　　　　:　　Bky. No. 14-16946  (PMM)

## ORDER GRANTING MOTION TO REOPEN

**AND NOW**, upon consideration of the Debtor's Motion to Reopen the above-captioned Chapter 11 bankruptcy case (doc. # 111, the "Motion"):

AND a hearing on the Motion having been held and concluded on January 18, 2022;

AND for the reasons discussed in open court at the hearing, it is hereby **ordered** that:

1) The Motion is **granted**;

2) The Order Discharging the Debtor, entered on May 3. 2017 (doc. #107), is **vacated**;

3) This bankruptcy case is **re-opened** so that the Debtor may pursue the relief outlined in the Motion.

Date:  January 18, 2022

　　　　　　　　　　　　　　　　　　　　PATRICIA M. MAYER
　　　　　　　　　　　　　　　　　　　　U.S. BANKRUPTCY JUDGE