IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| BRUCE J. CRISCUOLO | : | CHAPTER 11 |
| | : | |
| Debtor | : | BKY NO. 14-16946 REF |
| | : | |
| | : | |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICES**

PLEASE TAKE NOTICE THAT the undersigned counsel hereby enters an appearance on behalf of Wells Fargo Bank, National Association, as Trustee for Structured Asset Mortgage Investments II Inc., Bear Stearns Mortgage Funding Trust 2006AR1, Mortgage Pass-Through Certificates, Series 2006 AR1 serviced by Select Portfolio Servicing, Inc. and requests that all notices given or required to be given, and papers served or required to be served in this case be given to or served upon:

Dorothy A. Davis, Esquire
Pa. I.D. No. 34958
Eckert Seamans Cherin & Mellott, LLC
600 Grant Street, 44th Floor
Pittsburgh, PA  15219
(412) 566-2016
ddavis@eckertseamans.com

Dated:  January 19, 2022

Respectfully submitted,

/s/ *Dorothy A. Davis*
Dorothy A. Davis
Pa. I.D. No. 34958
Eckert Seamans Cherin & Mellott, LLC
600 Grant Street, 44th Floor
Pittsburgh, PA  15219
(412) 566-5953
ddavis@eckertseamans.com

## CERTIFICATE OF SERVICE

I, Dorothy A. Davis, Esquire, hereby certify that I served a true and correct copy of the foregoing Notice of Appearance on January 19, 2022 via first-class mail, and/or electronic notification on the following parties:

| | |
|---|---|
| Kevin K. Kercher, Esquire<br>Law Office of Kevin K. Kercher, Esq. PC<br>881 Third St., Ste. C-2<br>Whitehall, PA 18052<br>kevinkk@kercherlaw.com | Chapter 13 Trustee<br>Lisa Maria Ciotti<br>Frederick L. Reigle, Esq.<br>2901 St. Lawrence Avenue<br>P.O. Box 4010<br>Reading, PA 19606<br>ecfmail@fredreiglech13.com |
| U.S. Trustee's Office<br>Dave P. Adam, Esq.<br>833 Chestnut Street, Suite 500<br>Philadelphia, PA 19107<br>dave.p.adams@usdoj.gov | Synchrony Bank<br>c/o Recovery Management Systems Corporation<br>25 SE 2nd Avenue, Suite #1120<br>Miami, FL 33131-1605<br>claims@recoverycorp.com |
| Internal Revenue Service<br>Attn: Julia Carlone<br>PO Box 7346<br>Philadelphia, PA 19101-7346<br>julia.carlone@irs.gov | Regina Cohen, Esquire<br>Lavin Cedrone Graver Boyd and Disipio<br>190 North Independence Mall West<br>6th and Race Streets, Suite #500<br>Philadelphia, PA 19106<br>rcohen@lavin-law.com |
| Resurgent Capital Services<br>Attn: Susan Gaines<br>PO Box 10587<br>Greenville, SC 29603-0587 | Cavalry Portfolio Services, LLC<br>500 Summit Lake Drive Suite 400<br>Valhalla, NY 10595 |
| Synchrony Bank<br>c/o Recovery Management Systems Corp.<br>25 SE 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 | Wells Fargo Bank, National Association<br>Attn: Joshua I. Goldman, Esq.<br>Padgett Law Group<br>6267 Old Water Oak Rd. Ste. 203<br>Tallahassee, FL 32312<br>Josh.Goldman@padgettlawgroup.com |
| Wells Fargo Bank, National Association<br>Attn: Thomas I. Puleo, Esq.<br>KML Law Group, P.C.<br>701 Market Street. Suite 5000<br>Philadelphia, PA 19106<br>tpuleo@kmllawgroup.com | |

/s/ *Dorothy A Davis*
Dorothy A. Davis, Esquire