United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Bruce J. Criscuolo  
    Debtor

Case No. 14-16946-pmm  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 2  
Date Rcvd: Jan 18, 2022      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol     Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 20, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Bruce J. Criscuolo, 4960 Curly Horse Drive, Center Valley, PA 18034-8776 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 20, 2022      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 18, 2022 at the address(es) listed below:

**Name**      **Email Address**

DAVE P. ADAMS  
     on behalf of U.S. Trustee United States Trustee dave.p.adams@usdoj.gov

JOSHUA I. GOLDMAN  
     on behalf of Creditor Wells Fargo Bank  National Association Josh.Goldman@padgettlawgroup.com, angelica.reyes@padgettlawgroup.com

KEVIN K. KERCHER  
     on behalf of Debtor Bruce J. Criscuolo kevinkk@kercherlaw.com  kevin@kercherlaw.com

LISA MARIE CIOTTI  
     on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@fredreiglech13.com  ecf_frpa@trustee13.com

REGINA COHEN  
     on behalf of Creditor Ally Financial rcohen@lavin-law.com  ksweeney@lavin-law.com

THOMAS I. PULEO

| District/off: 0313-4 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 18, 2022 | Form ID: pdf900 | Total Noticed: 1 |

on behalf of Creditor Wells Fargo Bank  National Association tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com

United States Trustee    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Bruce J. Criscuolo, | : | Chapter 11 |
| | : | |
| Debtor. | : | Bky. No. 14-16946  (PMM) |

ORDER GRANTING MOTION TO REOPEN

**AND NOW**, upon consideration of the Debtor's Motion to Reopen the above-captioned Chapter 11 bankruptcy case (doc. # 111, the "Motion"):

AND a hearing on the Motion having been held and concluded on January 18, 2022;

AND for the reasons discussed in open court at the hearing, it is hereby **ordered** that:

1) The Motion is **granted**;

2) The Order Discharging the Debtor, entered on May 3. 2017 (doc. #107), is **vacated**;

3) This bankruptcy case is **re-opened** so that the Debtor may pursue the relief outlined in the Motion.

Date:  January 18, 2022

_____
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE