**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                    :
                                          :
    BRUCE J. CRISCUOLO              :         CHAPTER 11
                                          :
        Debtor                :         BKRTCY. NO. 14-16946 pmm

### NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

Bruce Criscuolo, by and through his counsel, Kevin K. Kercher, Esquire, have filed a Motion for Entry of a Discharge Order after completion of plan payments.  Debtor then intends to request that the case be closed.

Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, If you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)

1.     If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before March 1, 2022 you or your attorney must do all of the following:

    (a)     file an answer explaining your position at

        Clerk, U.S. Bankruptcy Court
        Eastern District of Pennsylvania
        The Gateway Bldg., Ste. 103
        201 Penn Street
        Reading, PA 19601

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    (b)     mail/e-mail a copy to the movant's attorney:
        Kevin K. Kercher, Esquire
        881 Third Street, Suite #C-2
        Whitehall, PA 18052
    (610) 264-4120 phone/(610) 264-2990 fax

2.     If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3.     A hearing on the motion is scheduled to be held before the Honorable Patricia M. Mayer on March 8, 2022 at 11:00 in Courtroom #1, 4th Floor,  United States Bankruptcy Court, 201 Penn Street, Reading, Pennsylvania, 19601.

4.     If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5.     You may contact the Bankruptcy Clerk's office at (610) 208-5036 to find out whether the hearing has been canceled because no one filed an answer.

Date: 2/15/2022                          Attorney for Movants
                                          /s/ Kevin K. Kercher

1