# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                          :
                                :
        BRUCE J. CRISCUOLO       :        CHAPTER 11
                                :
        Debtor                   :        BKRTCY. NO. 14-16946 REF

### NOTICE OF MOTION, RESPONSE DEADLINE
### AND HEARING DATE

Debtor, by his counsel, Kevin K. Kercher, Esquire, has filed a Motion for Order Closing Case and for Final Decree.  The case was confirmed, closed, and Debtor completed his plan payments.  Debtor then re-opened the case to seek the entry of a Discharge Order after payment pursuant to Section 1151(d)(5)(A).  Debtor is hopeful that by the time of the hearing on this Motion that the Discharge Order will have been entered; thus, there would be no reason to keep the case open.

**Your rights may be affected.**  **You should read these papers carefully and discuss them with your attorney, If you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1.    If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before March 1, 2022 you or your attorney must do all of the following:

        (a)    file an answer explaining your position at

**Clerk, U.S. Bankruptcy Court**
**Eastern District of Pennsylvania**
**The Gateway Bldg., Ste. 103**
**201 Penn Street**
**Reading, PA 19601**

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

        (b)    mail/e-mail a copy to the movant's attorney:
**Kevin K. Kercher, Esquire**
**881 Third Street, Suite #C-2**
**Whitehall, PA 18052**
**(610) 264-4120 phone/(610) 264-2990 fax**

2.    If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3.    A hearing on the motion is scheduled to be held before the Honorable Patricia M. Mayer on March 15, 2022 at 11:00 in Courtroom #1, 4th Floor, United States Bankruptcy Court, 201 Penn Street, Reading, Pennsylvania, 19601.

4.    If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5.    You may contact the Bankruptcy Clerk's office at (610) 208-5040 to find out whether the hearing has been canceled because no one filed an answer.

Date: 2/15/2022                    Attorney for Movant

                                    /s/ Kevin K. Kercher
                                   **Kevin K. Kercher, Esquire**