UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                :
                                      :
   BRUCE J. CRISCUOLO                 :    CHAPTER 11
                                      :
       Debtor                         :    BKRTCY. NO. 14-16946 pmm

## CHAPTER 11 DEBTOR'S CERTIFICATIONS REGARDING SECTION 522(q) FILED IN SUPPORT OF MOTION FOR ENTRY OF DISCHARGE ORDER

Pursuant to 11 U.S.C. Section 1141(d)(5)(C), I certify that Section 522(q)(1) is not applicable to me because:

☒   I have not claimed an exemption pursuant to § 522(b)(3) and state or local law (1) in property that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $160,375* in value in the aggregate.

☒   there are no pending proceedings in which I may be found guilty of a felony of the kind described in section 522(q)(1)(A) or liable for a debt of the kind described in section 522(q)(1)(B).

* Amounts are subject to adjustment on 4/01/19 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment

*Part IV. Debtor's Signature*

I certify under penalty of perjury that the information provided in these certifications is true and correct to the best of my knowledge and belief.

Executed on: 2/16/22                    _____
              Date                       Bruce J. Criscuolo, Debtor