**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | |
| | : | |
| **BRUCE J. CRISCUOLO** | : | CHAPTER 11 |
| | : | |
| Debtor | : | BKRTCY. NO. 14-16946 pmm |

**ORDER GRANTING DISCHARGE TO DEBTOR**

AND NOW, upon consideration of the Debtor's Motion for Order of Discharge After Completion of Plan payments,

The Debtor having represented that all payments under the confirmed First Amended Plan have been made pursuant to Section 1141(d)(5)(A); and

The Debtor having made the necessary certifications pursuant to Section 1141(d)(5)(C) and Section 522(q);

And no objections having been filed by any parties in interest or the Office of the United States Trustee;

IT IS **ORDERED** that the Debtor Bruce J. Criscuolo be and hereby is granted a Discharge.

**BY THE COURT:**

*Patricia M. Mayer*

**Date: March 8, 2022**

**PATRICIA M. MAYER**
**UNITED STATES BANKRUPTCY JUDGE**