United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Bruce J. Criscuolo  
    Debtor

Case No. 14-16946-pmm  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 3  
Date Rcvd: Mar 08, 2022      Form ID: pdf900      Total Noticed: 22

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 10, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Bruce J. Criscuolo, 4960 Curly Horse Drive, Center Valley, PA 18034-8776 |
| smg | + | Bureau of Audit and Enforcement, City of Allentown, 435 Hamilton Street, Allentown, PA 18101-1603 |
| smg | | City Treasurer, Eighth and Washington Streets, Reading, PA 19601 |
| smg | + | Dun & Bradstreet, INC, 3501 Corporate Pkwy, P.O. Box 520, Centre Valley, PA 18034-0520 |
| smg | + | Lehigh County Tax Claim Bureau, 17 South Seventh Street, Allentown, PA 18101-2401 |
| smg | + | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| cr | + | SELECT PORTFOLIO SERVICING, INC., 3815 South West Temple, Salt Lake City, UT 84115-4412 |
| 14662970 | + | Wells Fargo Bank, N.A., c/o DOROTHY ANN DAVIS, Eckert Seamans Cherin & Mellott, LLC, 600 Grant Street, 44th Floor Pittsburgh, PA 15219-2713 |
| 13556694 | + | Wells Fargo Bank, N.A.,et al..., Chase Records Center, Attn: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane Monroe, LA 71203-4774 |
| 13838889 | + | Wells Fargo Bank, National Association, KML Law Group, P.C., 701 Market Street, Ste 5000, Philadelphia, PA 19106-1541 |
| 14663452 | + | Wells Fargo Bank, National Association, c/o NICHOLAS FRANCIS BORSUK, Eckert Seamans Cherin & Mellott LLC, 600 Grant Street, 44th Floor Pittsburgh, PA 15219-2713 |
| 13909359 | + | Wells Fargo Bank, National Association,, Serviced by Select Portfolio Servicing,, 3217 S. Decker Lake Dr., Salt Lake City, UT 84119-3284 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 08 2022 23:54:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 08 2022 23:54:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: taxclaim@countyofberks.com | Mar 08 2022 23:54:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Mar 08 2022 23:54:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/Text: bankruptcy@cavps.com | Mar 08 2022 23:54:00 | Cavalry Portfolio Services, LLC, 500 Summit Lake Drive Suite 400, Valhalla, NY 10595-2322 |
| 13692107 | + | Email/Text: ally@ebn.phinsolutions.com | Mar 08 2022 23:54:00 | Ally Financial, P.O. Box 130424, Roseville, MN 55113-0004 |
| 13386634 | | Email/Text: ally@ebn.phinsolutions.com | Mar 08 2022 23:54:00 | Ally Financial serviced by Ally Servicing LLC, PO Box 130424, Roseville, MN 55113-0004 |
| 13379108 | + | Email/Text: bankruptcy@cavps.com | Mar 08 2022 23:54:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 13459498 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 09 2022 00:00:52 | LVNV Funding, LLC its successors and assigns as, assignee of Springleaf Financial, Services Of Indiana, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 13384791 | | Email/PDF: rmscedi@recoverycorp.com | | |

Case 14-16946-pmm   Doc 129   Filed 03/10/22   Entered 03/11/22 00:30:37   Desc
Imaged Certificate of Notice   Page 2 of 4

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 08, 2022 | Form ID: pdf900 | Total Noticed: 22 |

| | | | |
|---|---|---|---|
| | | Mar 09 2022 00:00:47 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 13384802 | Email/PDF: gecsedi@recoverycorp.com | Mar 09 2022 00:00:55 | Synchrony Bank, c/o Recovery Management Systems Corporat, 25 SE 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |

TOTAL: 11

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | JP MORGAN CHASE BANK NATIONAL ASSOCIATION |
| cr | *+ | Ally Financial, P.O. Box 130424, Roseville, MN 55113-0004 |
| cr | * | Synchrony Bank, c/o Recovery Management Systems Corporat, 25 SE 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 13447700 | *+ | Department of the Treasury, Internal Revenue Service, P O BOX 7346, Philadelphia PA 19101-7346 |

TOTAL: 1 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| Date: Mar 10, 2022 | Signature: | /s/Joseph Speetjens |
|---|---|---|

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 8, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DAVE P. ADAMS | on behalf of U.S. Trustee United States Trustee dave.p.adams@usdoj.gov |
| DOROTHY ANN DAVIS | on behalf of Creditor Wells Fargo Bank National Association ddavis@eckertseamans.com |
| JOSHUA I. GOLDMAN | on behalf of Creditor Wells Fargo Bank National Association Josh.Goldman@padgettlawgroup.com, angelica.reyes@padgettlawgroup.com |
| KEVIN K. KERCHER | on behalf of Debtor Bruce J. Criscuolo kevinkk@kercherlaw.com kevin@kercherlaw.com |
| LISA MARIE CIOTTI | on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@fredreiglech13.com ecf_frpa@trustee13.com |
| NICHOLAS FRANCIS BORSUK | on behalf of Creditor Wells Fargo Bank National Association nborsuk@eckertseamans.com |
| REGINA COHEN | on behalf of Creditor Ally Financial rcohen@lavin-law.com ksweeney@lavin-law.com |
| THOMAS I. PULEO | on behalf of Creditor Wells Fargo Bank National Association tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

District/off: 0313-4     User: admin     Page 3 of 3
Date Rcvd: Mar 08, 2022     Form ID: pdf900     Total Noticed: 22
TOTAL: 9

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| BRUCE J. CRISCUOLO | : | CHAPTER 11 |
| | : | |
| Debtor | : | BKRTCY. NO. 14-16946 pmm |

## ORDER GRANTING DISCHARGE TO DEBTOR

AND NOW, upon consideration of the Debtor's Motion for Order of Discharge After Completion of Plan payments,

The Debtor having represented that all payments under the confirmed First Amended Plan have been made pursuant to Section 1141(d)(5)(A); and

The Debtor having made the necessary certifications pursuant to Section 1141(d)(5)(C) and Section 522(q);

And no objections having been filed by any parties in interest or the Office of the United States Trustee;

IT IS **ORDERED** that the Debtor Bruce J. Criscuolo be and hereby is granted a Discharge.

BY THE COURT:

*Patricia M. Mayer*
_____
**PATRICIA M. MAYER**
**UNITED STATES BANKRUPTCY JUDGE**

**Date: March 8, 2022**