**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | |
| | : | |
| **BRUCE J. CRISCUOLO** | : | **CHAPTER 11** |
| | : | |
| **Debtor** | : | **BKRTCY. NO. 14-16946 pmm** |

### ORDER AND FINAL DECREE

AND NOW, upon consideration of the Debtor's Motion to Close Case, the Motion is **GRANTED**.  The Debtor shall pay the quarterly fee owing to the Office of the United States Trustee in the amount of $650.00 or as billed.

This case shall be marked "closed" on the docket.

**BY THE COURT:**

_____
**PATRICIA M. MAYER**
**UNITED STATES BANKRUPTCY JUDGE**